**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Sandra Tracy v. Thornton Township; et al.

Case Number: 1:24-cv-02126

An appearance is hereby filed by the undersigned as attorney for:

Bruce Owens

Attorney name (type or print): Matthew R. Custardo

Firm: Custardo Law LLC

Street address: 650 Warrenville Road, Suite 100

City/State/Zip: Lisle, IL 60532

Bar ID Number: 06329579
(See item 3 in instructions)

Telephone Number: 630-557-1451

Email Address: matthew@custardolaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/04/2024

Attorney signature: S/ Matthew R. Custardo
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023