# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sandra Tracy

                      Plaintiff,

v.                                                 Case No.: 1:24−cv−02126
                                                       Honorable Beth W. Jantz

Thornton Township, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Settlement Conference pre−call held on 1/16/25. The parties update the Court on settlement efforts, which the parties should continue to pursue when they can. No further dates or deadlines will be set as discovery has been stayed by agreement, and the Court takes the motion to dismiss[17] under advisement. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.